IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Griffin, Jonathan

Printed: 9/30/08

Case Number: 07 B 14768
Judge: Hollis, Pamela S
Filed: 8/15/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: August 18, 2008
Confirmed: October 15, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 1,000.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 946.00 |
| Trustee Fee: |  | 54.00 |
| Other Funds: |  | 0.00 |
| Totals: | 1,000.00 | 1,000.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,493.00 | 946.00 |
| 2. | Illinois Dept Of Healthcare And Family | Priority | 2,498.07 | 0.00 |
| 3. | Illinois Student Assistance Commission | Unsecured | 311.47 | 0.00 |
| 4. | B-Real LLC | Unsecured | 36.06 | 0.00 |
| 5. | Midland Credit Management | Unsecured | 21.46 | 0.00 |
| 6. | Peoples Energy Corp | Unsecured | 53.55 | 0.00 |
| 7. | Asset Acceptance | Unsecured | 308.48 | 0.00 |
| 8. | City Of Chicago Dept Of Revenue | Unsecured | 524.00 | 0.00 |
| 9. | American Collections & Credit | Unsecured |  | No Claim Filed |
| 10. | Credit Management Control | Unsecured |  | No Claim Filed |
| 11. | Americas Recovery Network | Unsecured |  | No Claim Filed |
| 12. | Americas Recovery Network | Unsecured |  | No Claim Filed |
| 13. | Americas Recovery Network | Unsecured |  | No Claim Filed |
| 14. | CB USA | Unsecured |  | No Claim Filed |
| 15. | Credit Management Control | Unsecured |  | No Claim Filed |
| 16. | West Asset Management | Unsecured |  | No Claim Filed |
| 17. | CFC Financial Corp | Unsecured |  | No Claim Filed |
| 18. | NCO Financial Systems | Unsecured |  | No Claim Filed |
| 19. | Medical Collections | Unsecured |  | No Claim Filed |
| 20. | NCO Financial Systems | Unsecured |  | No Claim Filed |
| 21. | Medical Business Bureau Inc | Unsecured |  | No Claim Filed |
| 22. | NCO Financial Systems | Unsecured |  | No Claim Filed |
| 23. | City Of Chicago Dept Of Revenue | Unsecured |  | No Claim Filed |
| 24. | Americas Recovery Network | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Griffin, Jonathan

Printed:  9/30/08

Case Number:  07 B 14768
Judge:  Hollis, Pamela S
Filed:  8/15/07

$ 7,246.09          $ 946.00

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 54.00 |

$ 54.00

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____